UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CHARLES LAMONT CASEY,

    Petitioner,

v.                                                                     Case No. 5:12-cv-470-Oc-30PRL

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.

## ORDER

In an order dated February 18, 2014, the Court denied Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Dkt. #26). The Court also denied a certificate of appealability and determined that Petitioner was not entitled to proceed *in forma pauperis*. *Id.* The Court denied Petitioner's motion for reconsideration on March 24, 2014 (Dkt. #30), and Petitioner's notice of appeal was provided to prison officials for mailing on July 23, 2014 (Dkt. #32.) This case is currently pending on appeal in the United States Court of Appeals for the Eleventh Circuit as case no. 14-13398-E. The Court of Appeals issued an order remanding the case to this Court for the purpose of determining whether the Petitioner is eligible for an extension of the appeal period under Rule 4(a)(6) of the Federal Rules of Appellate Procedure (Dkt. #34).

Pursuant to Rule 4(a)(6), a district court is authorized to reopen the time to file an appeal for a period of 14 days after the date when its order to reopen is entered if the following conditions are satisfied:

> (A) the court finds that the moving party did not receive notice under Federal Rule of Civil Procedure 77(d) of the entry of the judgment or order sought to be appealed within 21 days after entry;
>
> (B) the motion is filed within 180 days after the judgment or order is entered or within 14 days after the moving party receives notice under Federal Rule of Civil Procedure 77(d) of the entry, whichever is earlier; and
>
> (C) the court finds that no party would be prejudiced.

Fed. R. App. P. 4(a)(6).

In this case, Petitioner alleges that he did not receive notice of the order denying reconsideration until July 22, 2014, following his inquiry with the Clerk regarding the status of his case (Dkt. #32.) A review of the docket in this case reflects that there was never any entry made by the Clerk indicating that notice of the endorsed order denying reconsideration (Dkt. #30) was mailed to Petitioner. It is customary in this district, and was the practice in the specific case, for the Clerk to make a notation on the docket when a copy of a court order is mailed to Petitioner. No such notation exists in this case regarding the order on motion for reconsideration. Accordingly, the court finds that Petitioner did not receive notice of the order denying reconsideration within 21 days after entry. Fed. R. App. P. 4(a)(6)(A). The Court further finds that Petitioner's notice of appeal (Dkt. #32), provided to prison officials for mailing on July 23, 2014, was filed within time constraints of Rule 4(a)(6)(B). Finally, the Court finds that no party would be prejudiced by reopening the time to file an appeal.

For these reasons, the Court concludes that the Petitioner has satisfied the requirements of Rule 4(6)(a) for reopening the time to file an appeal and an extension of the appeal period is merited.

**DONE** and **ORDERED** in Tampa, Florida on September 24, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

CF:sa

<u>Copies furnished to:</u>
Counsel/Parties of Record